UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| RUSSELL G. WOODRUFF, | ) | HONORABLE FAITH S. HOCHBERG |
| | | HONORABLE PATTY SHWARTZ |
| Plaintiff, | ) | Civil Action No. 07-cv-4971(FSH) |
| v. | ) | |
| NEW JERSEY TRANSIT, et al. | ) | |
| | | ORDER EXTENDING TIME TO |
| | ) | ANSWER OR OTHERWISE PLEAD |
| Defendants. | ) | |

This matter having come before the court on a motion of
Anne Milgram, Attorney General of New Jersey, by Jill Deitch, Deputy
Attorney General, appearing on behalf of defendant New Jersey
Transit pursuant to L.Civ. R. 6(b)(1)(B) and the Court having
considered the papers submitted herein, this matter being decided
under F.R.Civ. P. 78 and for good cause shown;

IT IS on this _11th_ day of _December_, 200_0_;

ORDERED that defendant New Jersey Transit ~~is hereby~~ _decline to extend the_
~~granted leave to~~ answer, move or otherwise reply within 10 days from _Answer, move or otherwise respond_
the date of this order. _[Docket No. 4] is granted and the defendant shall_

_____
Patty Shwartz
U.S.M.J.